# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| JOHN D. MARTIN | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-00500 |
| | ) | |
| ALCOA, INC. | ) | |
| | ) | |
|     Defendant. | ) | |

## STIPULATION AND JOINT MOTION
## FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, John D. Martin, and Defendant, Alcoa, Inc., by and through their respective attorneys of record, and stipulate, agree and jointly move for dismissal with prejudice, as follows:

1. Plaintiff, John D. Martin and Defendant, Alcoa, Inc. stipulate, agree, and jointly move for dismissal with prejudice of all claims brought by Plaintiff, John D. Martin, against Defendant, Alcoa, Inc. in accordance with the Settlement Agreement of the parties.

2. The parties further stipulate and agree that each party hereto shall bear its respective attorneys' fees and costs unless otherwise agreed by the parties in writing.

A proposed Order is enclosed.

SO STIPULATED, AGREED AND JOINTLY MOVED.

Dated this 15th of September, 2016.

Respectfully submitted,

By: s/Robert W. Horton
Robert W. Horton (TN BPR # 017417)
Mary Leigh Pirtle (TN BPR # 026659)
BASS, BERRY & SIMS PLC
150 Third Avenue, South – Suite 2800
Nashville, Tennessee 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-2799
bhorton@bassberry.com
mpirtle@bassberry.com

*Attorneys for Defendant*

By: s/Jay W. Mader (with permission)
Jay W. Mader
Paul E. Wehmeier
Arnett, Draper & Hagood, LLP
2300 First Tennessee Plaza
P.O. Box 300
Knoxville, TN 37901
jmader@adhknox.com

*Attorney for Plaintiff*

20458066.1