IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| JOHN D. MARTIN | )
| Plaintiff | )
| v. | ) Case No. 3:15-cv-00500
| ALCOA, INC. | )
| Defendant. | )

## ORDER DISMISSING CLAIMS WITH PREJUDICE

Pursuant to stipulation and joint motion of Plaintiff, John D. Martin and Defendant, Alcoa, Inc., and for good cause showing, **IT IS ORDERED** that:

1. Claims brought by Plaintiff against Defendant shall be and hereby are dismissed with prejudice in accordance with the Settlement Agreement of the parties.

2. Each party to bear its respective attorneys' fees and costs unless otherwise agreed by the parties in writing.

DATED this 16th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE